UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 06690
  ROCHELLE MYRICK
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

      Debtor
  SSN XXX-XX-1212

--------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
  The case was filed on 03/20/2008 and was not confirmed.

  The case was dismissed without confirmation 05/14/2008.
--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PEOPLES GAS LIGHT & COKE | UNSECURED | 786.30 | .00 | .00 |
| CONTINENTAL FURNITURE | SECURED | 275.00 | .00 | .00 |
| CHASE AUTO FINANCE | SECURED VEHIC | 7610.00 | .00 | .00 |
| DIAMOND CENTER | SECURED | 880.23 | .00 | .00 |
| CHASE AUTO FINANCE | UNSECURED | 7791.37 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 21334.25 | .00 | .00 |
| ILLINOIS DEPT OF EMPLOYM | PRIORITY | NOT FILED | .00 | .00 |
| ADVANCE AMERICAN | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE/CB&T | UNSECURED | NOT FILED | .00 | .00 |
| AT&T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| CARE CENTERS CLINICAL LL | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CONTINENTAL FINANCE MAST | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 479.02 | .00 | .00 |
| COOK COUNTY STATES ATTOR | UNSECURED | NOT FILED | .00 | .00 |
| COTTONWOOD FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DAKOTA STATE BANK | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| EVERY DAY W RACHEL RAY | UNSECURED | NOT FILED | .00 | .00 |
| FCNB NEWPORT NEWS | UNSECURED | NOT FILED | .00 | .00 |
| FEMALE HEALTH CARE ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 452.51 | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MOUNT SINAI HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK ~ | UNSECURED | 206.35 | .00 | .00 |
| NCO FIN/22 | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| PERIA DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | NOT FILED | .00 | .00 |
| PLAY TO LEARN INC | UNSECURED | NOT FILED | .00 | .00 |

```
PROGRESSIVE RECOVERY TEC  UNSECURED     NOT FILED           .00            .00
RUSH PRESBYTERIAN ST LUK  UNSECURED     NOT FILED           .00            .00
RUSH UNIVERSITY MED CENT  UNSECURED     NOT FILED           .00            .00
SMITHKLINE BEECHAM LAB    UNSECURED     NOT FILED           .00            .00
SPRINT CORPORATION        UNSECURED     NOT FILED           .00            .00
T-MOBILE USA              UNSECURED     NOT FILED           .00            .00
TARGET                    UNSECURED     NOT FILED           .00            .00
TCF NATIONAL BANK         UNSECURED     NOT FILED           .00            .00
TRIBUTE                   UNSECURED     NOT FILED           .00            .00
TRIBUTE                   UNSECURED     NOT FILED           .00            .00
VERIZON WIRELESS          UNSECURED     NOT FILED           .00            .00
VONAGE                    UNSECURED     NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        386.97           .00            .00
IL DEPT OF EMPLOYMENT SE  UNSECURED       6199.00           .00            .00
CHARLES R WOLF & ASSOC    DEBTOR ATTY        .00                           .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                       381.00
```

        Summary of Receipts and Disbursements:
```
--------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 381.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                 381.00
                    ---------------      ---------------
TOTALS                  381.00               381.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                          /s/ Tom Vaughn
    Dated: 08/26/08        _____
                          TOM VAUGHN
                          CHAPTER 13 TRUSTEE